Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Texas

300 Willow  
Suite 112  
Beaumont, TX 77701

---

Bankruptcy Proceeding No.: 22–90125  
Chapter: 13  
Judge: Joshua P. Searcy

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lisa Marie Carlock
  aka Lisa Marie Repasky Carlock
  460 County Road 4515
  Warren, TX 77664

Social Security / Individual Taxpayer ID No.:
  xxx–xx–1979

Employer Tax ID / Other nos.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Jack Brooks Federal Courthouse, 300 Willow, Suite 112, Beaumont, TX 77701

on 8/4/22 at 10:00 AM

to consider and act upon the following:

Motion to Dismiss Case With Prejudice for 120 Days For Failure to File Required Documents under Section 521(i)(4) and Setting Hearing Filed by Lloyd Kraus Hearing scheduled for 8/4/2022 at 10:00 AM at Jack Brooks Federal Court House. (Attachments: # 1 Proposed Order)(Kraus, Lloyd)

Dated: 7/14/22

　　　　　　　　　　　　　　　　　　　　　　Jason K. McDonald
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court