# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

IN RE:
Lisa Marie Carlock
460 County Road 4515
Warren , TX 77664
SSN: XXX-XX-1979
Debtor

Case No. 22-90125 jps
Chapter: 13

## NOTICE OF MISSING DOCUMENTS

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court.  **Items listed below are due by August 12, 2022.**

Schedules
**B 106 Declaration** - Declaration About an Individual Debtor's Schedules
**B 106 Summary** - A Summary of Your Assets and Liabilities and Certain Statistical Information
**B 106A/B** - Schedule A/B:Property
**B 106C** - Schedule C:The Property You Claim as Exempt
**B 106D** - Schedule D:Creditors Who Hold Claims Secured By Property
**B 106E/F** - Schedule E/F:Creditors Who Have Unsecured Claims
**B 106G** - Schedule G:Executory Contracts and Unexpired Leases
**B 106H** - Schedule H: Schedule H:Your Codebtors
**B 106I** - Schedule I:Your Income
**B 106J** - Schedule J:Your Expenses
**B 106J-2** - Schedule J-2:Expenses for Separate Household of Debtor 2

Statements
**B 107** - Your Statement of Financial Affairs for Individuals Filing Bankruptcy

Chapter 13
**B 122C-1** - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**B 122C-2** - Chapter 13 Calculation of Your Disposable Income

**NOTICE: The failure of an individual debtor to provide the required forms identified above may result in the dismissal of a Chapter 7 or Chapter 13 case. All forms can be found at
http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: July 28, 2022**

**JASON K. MCDONALD
CLERK OF THE COURT**