# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

IN RE:
Lisa Marie Carlock
460 County Road 4515
Warren , TX 77664
SSN: XXX-XX-1979
Debtor

Case No. 22-90125 jps
Chapter: 13

## BILL OF UNPAID COURT COSTS

To: Lloyd Kraus
    Chapter 13 Trustee

Notice is hereby given that, in the above-referenced Chapter 13 case which has now been dismissed without the confirmation of a proposed Chapter 13 plan, court costs in the form of unpaid filing fees arising from a request to pay such fees in installments are now due and owing from the Debtor(s), pursuant to 28 U.S.C. § 1930, in the above case in the amount of:

    TOTAL AMOUNT DUE        $ 234.75

By directive of the Court, these unpaid administrative expenses are to be tendered to the Court prior to the refund of any sums to the Debtor(s) under 11 U.S.C. § 1326.

Check to be made payable to Clerk, U.S. Bankruptcy Court.

**DATED: August 10, 2022**

                                        **JASON K. MCDONALD**
                                        **CLERK OF THE COURT**